IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 16-00144-02-CR-W-DGK |
| ANTHONY B. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S COMPETENCY

On March 2, 2017, Defendant was ordered to undergo a competency evaluation. Defendant was examined by David Szyhowski, Psy.D. It is the opinion of Dr. Szyhowski that Defendant is competent to proceed. Defendant and the government have stipulated to the report of Dr. Szyhowski. Therefore, after making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Matt J. Whitworth is adopted in its entirety, and this court finds that Defendant is competent. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between March 2, 2017, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

**IT IS SO ORDERED.**

Date:   October 4, 2017          /s/ Greg Kays
                                 GREG KAYS, CHIEF JUDGE
                                 UNITED STATES DISTRICT COURT